# EXHIBIT "E"



| Crown Castle USA Inc.<br>2000 Corporate Drive<br>Canonsburg, PA 15317<br>Phone: 724-416-2000<br>www.crowncastle.com | Debra S. Radovich<br>Purchasing Supervisor<br>Phone: 724-416-2107<br>Fax: 724-416-4107<br>debra.radovich@crowncastle.com |
|---|---|

# MASTER AGREEMENT APPROVAL REQUEST

For Signature by: __Ted Fawoz__   *(pls. sign + return to me — thanks! Deb)*

Requested by: __Doug Pineo__

1. Vendor (Landlord/Customer): __Tower Reinforcement, Inc.__

2. JDE Number (BUN): __216909__

3. Document Type:

   [ ]  0-MGCSA    G -  General Construction Services Master Agreement
   [ ]  0-MMSA     M -  Maintenance Services Master Agreement
   [ ]  0-MGSA     S -  Services Master Agreement
   [ ]  0-MAEA     A -  Architectural & Engineering Services Master Agreement
   [ ]  0-MCSA     C -  Consulting Services Master Agreement
   [ ]  0-LBPA     LB - Launch Box, Project Appendix
   [✓]            PA - ~~Project Appendix~~
   [ ]            Stack ~~in front~~ _behind_ of Document: __1025440__

4. Comments:

   __Project appendix for turnkey design__

   SCANNED
   AUG 1 6 2005
   NAOMI GAGUS

Sincerely,

_Deb_

Debra S. Radovich

| CROWN CASTLE INTERNATIONAL | Project Appendix | | |
|---|---|---|---|
| | Appendix Name: | Turnkey Design/Install Tower Reinforcement | |
| | Appendix Rev: | B | Appendix Date: 08-12-05 |

THIS PROJECT APPENDIX is made as of ___August 12___, 2005 between Crown Castle USA Inc., for itself and its affiliates, (collectively, "Crown"), and Tower Reinforcement, Inc. ("Contractor") who are parties to the General Construction Services Master Agreement ("Master Agreement"). The Master Agreement provides certain uniform terms and conditions which will govern the parties' obligations and duties with respect to the Work to be performed by Contractor. Capitalized terms used in this Project Appendix and not otherwise defined herein shall have the respective meanings ascribed to them in the Master Agreement. The purpose of this Project Appendix is to amend the Master Agreement by incorporating certain Project-specific terms and conditions, solely in connection with the Work to be performed by Contractor in connection with the below-referenced Project.

Crown and Contractor acknowledge and agree that it is desirable to expand the current scope of services pursuant to the Master Agreement, provided, however that any deviations from the current scope of services shall be permitted for the below-referenced Project only. Neither the Master Agreement nor this Project Appendix authorizes the commencement of any Work by Contractor. The commencement of Work, if any, by Contractor will be authorized only by the issuance of a Purchase Order by Crown to Contractor.

The Master Agreement is amended by adding the following terms and conditions only with respect to Work performed on the below-named Project. To the extent that the terms and conditions herein are inconsistent or conflict with the terms and conditions in the Master Agreement, the terms and conditions herein shall prevail.

1. **Project Information:**
    1.1. Project Name: Turnkey Design/Install Tower Reinforcement
    1.2. Crown Regional Office: Canonsburg, PA
    1.3. Crown Program Manager: Doug Pineo – Phone: 724-416-2179

2. **Contractor Information:**
    2.1. JDE Contractor Number: 216909
    2.2. Contractor's Contact: Mike Kopshever

3. **Incorporated Special Terms:**
    3.1. Special Terms and Conditions: Exhibit A
    3.2. Crown Approved A&E Vendor Agreement: Exhibit B
    3.3. Certificate of Compliance: Exhibit C
    3.4. Crown Approved A&E Firms: Exhibit D
    3.5. Turn Key Project Flow: Exhibit E

IN WITNESS WHEREOF, the parties have caused this Project Appendix to be executed as of the date first above written, intending to be legally bound hereby.

3.6. CROWN CASTLE USA INC.

By: _____
Name: TED FAWAZ
Title: PRESIDENT, US TOWER OPS

Address:
Crown Castle USA, Inc.
2000 Corporate Drive
Canonsburg, PA 15317
Attention: Debra Radovich Purchasing Supervisor
Facsimile: 724-416-4107

Tower Reinforcement, Inc.

By: _____
Name: Michael J. Kopshever Sr.
Title: President

Address:
2301 W. Michigan
Suite I
Evansville, Indiana 47712
Attention: Michael J. Kopshever Sr.
Facsimile: 812-421-1366

|  | **Exhibit A** | |
|---|---|---|
| | Appendix Name: | Turnkey Design/Install Tower Reinforcement |
| | Appendix Rev: B | Appendix Date: 08-12-05 |

## Special Terms and Conditions

The following provisions are supplemental to the Master Agreement:

1. As set forth in more detail in the Purchase Order and/or NTP, the Work shall include the analysis, calculations and design of Crown's approved tower reinforcement apparatus ("Tower Reinforcement Design Work"). Contractor may subcontract the Tower Reinforcement Design Work only to those Crown-approved design contractors A&E Firms as specified in Exhibit D provided such A&E Firms execute the attached "Crown Approved A&E Vendor Agreement" (Exhibit B), prior to commencing any Work.

2. Contractor shall manage, control and direct all phases of the Work, including the Tower Reinforcement Design Work. Contractor's subcontracting Tower Reinforcement Design Work to the A&E Firm shall not relieve Contractor of its obligations to Crown pursuant to the Contract Documents. Contractor shall be primarily responsible to Crown for Tower Reinforcement Design Work for the Project Work.

3. The contractor is required to have the A&E firm inspect the work performed by the Contractor and certify the work was performed to the specifications by completing the attached "Design/Install Tower Reinforcement – Certificate of Compliance" (Exhibit C).

4. The following Project Appendix documents shall be included in the job close-out package delivered to the Crown regional office as a condition precedent to receiving final payment from Crown:

    a) Exhibit B entitled, "Crown Approved A&E Vendor Agreement"
    b) Exhibit C entitled, "Turnkey Design/Install Tower Reinforcement – Certificate of Compliance"

|  | Exhibit B | |
|---|---|---|
| | Appendix Name: | Turnkey Design/Install Tower Reinforcement |
| | Appendix Rev: B | Appendix Date: 08-12-05 |

## Crown Approved A&E Vendor Agreement

To:      Insert A&E Firm's Contact Name
Insert A&E Firm's Legal Entity Name
Insert A&E Firm's Mailing Address
Insert A&E Firm'sCity, State and Zip Code

Subject:     Side agreement by Crown for an approved A&E vendor working for a third party on Tower Reinforcement Design Work

Reference:   Crown B.U. Number: Insert Crown's BU Number (8xxxxx)
                 Crown P.O. Number: Insert Crown's Purchase Order Number

Insert Contractor's Legal Entity Name hereinafter "Contractor" has engaged Insert A&E Firm's Legal Entity Name hereinafter "A&E Firm" to perform design services for the reinforcement of certain Crown towers. A&E firm and Crown have, by virtue of an A&E Services Master Agreement ("Master Agreement"), agreed to the terms, requirements and conditions controlling A&E Firm's obligations and responsibilities to Crown when performing work for Crown on a Crown site. Therefore, in lieu of requiring A&E Firm to execute a separate agreement in order to perform services requested by a vendor, and in consideration for Crown Castle's permitting A&E Firm to perform such services, A&E Firm hereby agrees that the following Master Agreement provisions shall be applicable to its work for the third party and relate to both Crown and the third party as their interest may arise:

- Compliance with CCUSA Engineering Standards
- Standard of Performance
- Indemnification
- Insurance

A&E shall also, as part of the closeout package, execute along with Contractor, a Certificate of Compliance in substantially the form attached hereto certifying that the Tower Reinforcement Design Work fully complies with Crown specifications, procedures and requirements.

Sincerely,


Insert Contractor's Contact Name

AGREED TO AND ACCEPTED


A&E Firm:          Insert A&E Firm's Legal Entity Name

By (Signature):    _____

Name (Print):      _____

Title:                _____ Date: _____

|  | **Exhibit C** | | |
|---|---|---|---|
| | Appendix Name: | Turnkey Design/Install Tower Reinforcement | |
| | Appendix Rev: | B | Appendix Date: | 08-12-05 |

## Certificate of Compliance

Insert Contractor's Legal Entity Name hereinafter "Contractor" and Insert A&E Firm's Legal Entity Name hereinafter "A&E Firm" hereby certify that the Work performed at the Crown site Business Unit Number Insert Crown's BU Number (8xxxxx) in accordance with its NTP and the terms of the Master Agreement and as covered by Crown Purchase Order numbered Insert Crown's Purchase Order Number, has been properly completed. Contractor and the A&E Firm further certify that the design, fabrication and installation of the tower reinforcement covered by said Crown Purchase Order, has been completed in full compliance with Crown's applicable engineering and installation specifications.

Contractor:            Insert Contractor's Legal Entity Name

By (Signature): _____

Name (Print): _____

Title: _____ Date: _____


A&E Firm:            Insert A&E Firm's Legal Entity Name

By (Signature): _____

Name (Print): _____

Title: _____ Date: _____

P.E. License Number : _____

State of Registration: _____

Expiration Date: _____

|  | Exhibit D | |
|---|---|---|
| | Appendix Name: | Turnkey Design/Install Tower Reinforcement |
| | Appendix Rev: B | Appendix Date: 08-12-05 |

### Crown Approved A&E Firms

The following are the **ONLY** Crown approved A&E Firms that Contractor may utilize as a Lower Tier Contractor for the design portion of the Turnkey Design / Install Tower Reinforcement work:

## Contacts for Approved Structural Analysis Firms

| Supplier Name | Contact Name | Email | Telephone |
|---|---|---|---|
| ALCOA WIRELESS SERVICES | Clint Stewart | clint.stewart@alcoa.com | 205-991-0717 |
| B & T ENGINEERING, INC. | Chad Tuttle | ctuttle@btengineering.com | 918-587-4630 |
| CLOUGH, HARBOUR & ASSOCIATES LLP | Jason Harden | jharden@cha-llp.com | 518-453-4500 |
| GLOBAL ENERCOM MANAGEMENT | Steve Williams | swilliams@gemengr.com | 713-339-1550 |
| GPD ASSOCIATES | Brian Peterson | bpeterson@gpdgroup.com | 330-572-2278 |
| HUTTER TRANKINA ENGINEERING, PC [CHICAGO ONLY] | John Trankina | john@htedesign.com | 630-5136711 |
| INDUSTRIAL ENGR. & TESTING | Bill Griswold | billgriswold@iets.com | 704-522-1131 |
| MACTEC ENG. AND CONSULTING OF GA. | David Shiver | fdshiver@mactec.com | 770-499-6847 |
| MORRISON HERSHFIELD CORP | Sean Smith | ssmith@morrisonhershfield.com | 770-379-8500 |
| PAUL J. FORD AND COMPANY | Kevin Bauman | kbauman@pjfweb.com | 614-221-6679 |
| PSG ENGINEERING, LTD | Oscar Pedraza | opedraza@psglobal.com | 281-343-7099 |
| TOWER ENGINEERING, INC. | Newell Schindler | nschindler@towerenginc.com | 504-556-6126 |
| TOWER ENGINEERING PROFESSIONALS, INC. | Chris Ply | cply@tepgroup.net | 919-661-6351 |
| URS CORPORATION | Shahid Talpur | shahid_talpur@urscorp.com | 202-772-0808 |
| VERTICAL STRUCTURES, INC. | John Mathis | jmathis@verticalstructures.com | 859-624-8360 |
| WALKER ENGINEERING, INC. | Jim Walker | jwalker@walkerengineer.com | 770-641-7306 |



| | Exhibit E | | |
|---|---|---|---|
| Appendix Name: | Turnkey Design/Install Tower Reinforcement | | |
| Appendix Rev: | B | Appendix Date: | 08-12-05 |

